IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-01139-REB-BNB | Date: September 9, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| CHERRI J. YOUNG, | L. Daniel Rector |
| LaPHAUN WEBB, | Tonya Melinchenko |
| RICHARD S. SPRINGS, | |
| SHAWNEE Y. DOGUE, | |
| MICHAEL C. PIERCE, | |
| SHELLI L. CONDOS, | |

        Plaintiff(s),

v.

| | |
|---|---|
| AMERICAN FAMILY INSURANCE COMPANY, | Alan Gregory |
| MARION K. FLORMAN, | |
| CYNTHIA M. DAVIS, | |

        Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    2:01 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiffs' motion for leave to amend complaint to include a claim for punitive damages against defendant American Family Insurance filed July 23, 2008; Doc. 23 is granted as stated on the record.

Court in Recess    2:13 p.m.    Hearing concluded.    Total time in Court:    00:12

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.