IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01139-REB-BNB

CHERRI J. YOUNG,
LAPHAUN WEBB,
RICHARD S. SPRINGS,
SHAWNEE Y. DOGUE,
MICHAEL C. PIERCE, and
SHELLI L. CONDOS,

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
MARION K. FLORMAN, and
CYNTHIA M. DAVIS,

Defendants.

## ORDER

This matter is before me on **Plaintiffs' Motion for Leave to Amend Complaint to Include a Claim for Punitive Damages Against Defendant American Family Insurance** [Doc. # 23, filed 7/23/2008] (the "Motion to Amend"). I held a hearing on the Motion to Amend this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The prayer for relief is deemed to add a provision under section 3 to state: "An award of statutory damages under C.R.S. § 10-4-708 including, but not limited to, treble damages due to Defendant's willful and wanton conduct and for punitive damages." The prayer is deemed denied by the defendants, and no amended response is necessary.

Dated September 9, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge